UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Pamela Steward, *et al.*,  Case No. 3:18-cv-2905

      Plaintiffs,

v.  ORDER

Roppe Corporation, *et al.*,

      Defendants.

On April 2, 2021, Defendant Roppe Corporation filed a motion for summary judgment. (Doc. No. 83). On April 16, 2021, I issued an Order stating, "because of the numerous discovery disputes outstanding on this complex-track case, I find Defendant Roppe Corporation's motion for summary judgment potentially premature and stay any requirement to oppose the motion until further order of the court." (Doc. No. 97 at 2).

I have now issued my decision on the motions for a protective order that were filed less than a week before Roppe filed its motion for summary judgment. I am mindful that there remains a dispute as to whether Plaintiffs may re-depose Rodney Biggert, Lewis Hurst, and Brian Cooper. But because the issue of a second deposition of these individuals arose only because paper discovery had not been completed at the time of the first deposition, I decline to rule on this issue until all paper discovery has been completed. That is not the case at this time.

Because discovery has not been completed, including discovery related to the claims against Roppe, I find Roppe's motion for summary judgment is premature and deny it without prejudice.

So Ordered.

                                                s/ Jeffrey J. Helmick
                                                United States District Judge