UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Pamela Steward, *et al.*,

        Plaintiffs,

v.

Roppe Corporation, *et al.*,

        Defendants.

Case No. 3:18-cv-2905

JUDGMENT ENTRY

For the reasons stated in the Memorandum Opinions and Orders filed concurrently,

(1) The motions for a protective order filed by Defendants Seneca Re-Ad Industries, Inc. and Seneca County Board of Developmental Disabilities are denied without prejudice. (Doc. Nos. 81 & 82).

(2) The motion for summary judgment filed by Defendant Roppe Corporation is denied without prejudice. (Doc. No. 83).

(3) The motion for Plaintiffs to return or destroy inadvertently produced privileged documents filed by Defendant Roppe Corporation is granted. (Doc. No. 98).

(4) The motion to strike filed by Defendant Seneca County Board of Developmental Disabilities is granted with respect to Paragraphs 140 and 141 (b), (c), (d), and (e), and is denied with respect to paragraph 5. (Doc. No. 105).

                                                  s/ Jeffrey J. Helmick
                                                  United States District Judge